IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JESSIE HILL                                                                                               PETITIONER

VS.                               CASE NO. 5:13-CV-00014-JLH-HDY

RAY HOBBS, Director of the
Arkansas Department of Correction                                                      RESPONDENT

PROPOSED FINDINGS AND RECOMMENDATIONS

INSTRUCTIONS

The following recommended disposition has been sent to United States District Court Judge J. Leon Holmes. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

**DISPOSITION**

Jessie Hill, an inmate in the custody of the Arkansas Department of Correction (ADC), filed this application for writ of habeas corpus pursuant to 28 U.S.C. §2254. Following a 1995 jury trial in Ouachita County, Mr. White was convicted and sentenced to 60 years in the ADC as an habitual offender and for first-degree murder. On direct appeal, Mr. Hill advanced nine claims for relief. The direct appeal was unsuccessful. *Hill v. State*, 325 Ark. 419 (1996). Mr. Hill later sought federal habeas corpus relief, filing a petition with this Court. *Hill v. Norris*, Case No. PB-C-97-257. This case was dismissed with prejudice on July 12, 1999. In 2009, Mr. Hill again sought federal habeas corpus relief. *Hill v. Norris*, Case No. 5:09CV00050. This case was dismissed without prejudice to allow the petitioner to seek permission from the Eighth Circuit Court of Appeals to file a second or successive petition. Mr. Hill sought and was denied permission by the Eighth Circuit Court. In 2012, Mr. Hill filed a petition for certificate of appealability with the Eighth Circuit Court of Appeals. The petition was construed as an application to file a successive habeas petition, and denied.

The current petition advances claims targeted at the 1995 Ouachita County conviction. There is no showing that the petitioner has sought or received permission[1] from the Eighth Circuit

---

[1] Mr. Hill acknowledges that he sought permission to file a second or successive petition in September of 2012. Docket entry no. 2, page 42. Although he claims the Eighth Circuit has not ruled on his motion, the respondent has submitted a January 30, 2013, Judgment from the Eighth Circuit Court of Appeals denying the petitioner's request. Docket entry no. 11-8. Even if no

Court of Appeals to file the instant petition. The respondent moves to dismiss the current petition for failing to seek or receive permission from the Eighth Circuit Court of Appeals to file this successive petition.

28 U.S.C. § 2244(b)(3)(A) provides: "Before a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." The statutory language is clear that permission must be received before the filing of the successive petition with the district court. As a result, we recommend that the petition be dismissed without prejudice pending an order from the Eighth Circuit Court of Appeals containing authorization for filing.

Pursuant to 28 U.S.C. § 2253 and Rule 11 of the Rules Governing Section 2554 Cases in the United States District Court, the Court must determine whether to issue a certificate of appealability in the final order. In § 2254 cases, a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). The Court finds no issue on which petitioner has made a substantial showing of a denial of a constitutional right. Thus, we recommend the certificate of appealability be denied.

IT IS SO ORDERED this __7__ day of March, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

---

ruling had been made, the pertinent statutory language instructs us that permission must be first received from the circuit court before a successive habeas petition is entertained.